# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

              Plaintiff,

   v.

Melanie LUQUE (1)
Karissa Briana ANGUIANO (2),

              Defendant.

Case No.:  '22 MJ02629

COMPLAINT FOR VIOLATION OF

Title 21 U.S.C. §§ 952 and 960
Importation of a Controlled Substance
(Felony)

The undersigned complainant being duly sworn states:

### COUNT 1

On or about July 21, 2022, within the Southern District of California, Melanie LUQUE (1) and Karissa Briana ANGUIANO (2), did knowingly and intentionally import a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

### COUNT 2

On or about July 21, 2022, within the Southern District of California, Melanie LUQUE (1) and Karissa Briana ANGUIANO (2), did knowingly and intentionally import a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent Guillermo Diaz
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 22nd day of July 2022.

Honorable Allison H. Goddard
United States Magistrate Judge

## STATEMENT OF FACTS

On July 21, 2022, at approximately 07:30 PM, Melanie LUQUE, ("LUQUE") and Karissa Briana ANGUIANO ("ANGUIANO"), both United States citizens, applied for entry into the United States from Mexico through the San Ysidro Port of Entry in vehicle lane #23.  LUQUE was the driver, of a 2012 Acura TL ("the vehicle") bearing California license plates while ANGUIANO was the passenger.

A Customs and Border Protection Officer received two negative Customs declarations from LUQUE. LUQUE stated she was crossing the border to go to San Diego, California.  A CBPO performed an inspection of the trunk and noticed the cover of the spare tire was higher than usual.  After lifting the cover of the spare tire the CBPO discovered unknown vacuum sealed packages where the spare tire was supposed to be.

A CBPO operating the Z-Portal X-Ray machine detected anomalies in the trunk of the vehicle.

Further inspection of the vehicle resulted in the discovery of 20 total packages concealed in the spare tire well in the trunk of the vehicle.  18 of the packages contained a substance, a sample of which field tested positive for the characteristics of methamphetamine, with a total approximate weight of 69.6 kgs (153.44 lbs); 2 of

1

the packages contained a substance, a sample of which field tested positive for the characteristics of fentanyl, with a total approximate weight of 2.22 kgs (4.89 lbs).

LUQUE and ANGUIANO were placed under arrest at approximately 08:45 PM.

During a post-Miranda interview, LUQUE admitted that she was going to be paid $5,000 USD to smuggle, what she thought was money, into the United States. LUQUE stated that she and ANGUIANO were recruited off Instagram to drive across the border. LUQUE stated that her and ANGUIANO agreed to leave their vehicle with an unknown individual who was going to load their vehicle.

LUQUE and ANGUIANO were arrested and charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance.